Honorable Ann L. Aiken

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JOANNA ANGUS, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation.<br><br>Defendant. | Case No.:  6:20-CV-01975 AA<br><br>NOTICE OF SETTLEMENT |

Plaintiff and Defendant, by and through their attorneys, hereby submit this joint notice of settlement and request that the Court enter an order to stay for thirty days (30) all deadlines pending the filing of the Joint Stipulation of Dismissal with Prejudice.

DATED this 30th day of March 2021.

| NELSON LANGER ENGLE, PLLC | LANE POWELL |
|---|---|
| /s/ Aaron I. Engle<br>Frederick P. Langer, OSB#021813<br>FredL@nlelaw.com<br>Aaron I. Engle, WSBA #37955<br>*Admitted Pro Hac Vice*<br>AaronE@nlelaw.com<br>Nelson Langer Engle PLLC<br>12055 15th Avenue NE, Suite 100<br>Seattle, WA  98125<br>T: 206.623.7520  F:  206.622.7068<br>Attorneys for Plaintiff Joanna Angus | /s/ Hans N. Huggler<br>Stephania C. Denton, OSB No. 125719<br>dentons@lanepowell.com<br>Hans N. Huggler, OSB No. 144993<br>hugglerh@lanepowell.com<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>T: 206.223.7000  F: 206.223.7107<br>Attorneys for Defendant Life Insurance Company of North America |

NOTICE OF SETTLEMENT – 1
File Number 204971

NELSON LANGER ENGLE PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
T: 206.623.7520   F: 206.622.7068